No. 81—2195.    The Pennsylvania Co. v. Chandler S. Red-
field et al.    This was an action by appellant against appellees
as sureties upon the bond of one Broomhall, for the faithful
performance of the duties of the latter as agent of appellant
at Englewood, in this county.    The breach assigned was the
failure of said Broomhall to pay over to the proper agent of
the appellant the sum of three thousand dollars, which had
come into the hands of said Broomhall as agent of appellant, at
Englewood, aforesaid; which breach the defendants traversed
by plea.    The case was tried by the court without a jury, and
the court found the issues for plaintiff ; the debt, the penalty
mentioned in the bond, and damages in the sum of fifteen
hundred and nineteen dollars ; upon which finding judgment
in proper form was given.    The plaintiff brings the case here by
appeal, and assigns for error, that the amount of damages found
should have been larger.    The court is of opinion that appellant's
counsel have failed to point out of the complicated mass of
evidence in the record, the evidence which demonstrates the
error relied upon.    The mere conclusion of witnesses upon a
question which the court, sitting in the place of a jury, was
just as competent to determine as the witnesses, will not suffice
to establish that clear weight and preponderance required by

our practice to justify the interference of an appellate court, with the findings of the court below, when sitting for the determination of facts, or the verdict of a jury. Opinion by McAllister, J. Judge below, Joseph E. Gary. Attorneys, for appellant, Messrs. Willard & Driggs; for appellee, Messrs. C. H. & C. B. Wood, and Mr. A. H. Veeder. Opinion filed Jan. 6, 1886.

